

June 28, 2024

*Via* ECF
The Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312



Re:    *United States v. Isaac Briggs III & Derrick Hodge*, 23 Cr. 644 (JGLC)

Dear Judge Clarke,

I write regarding my representation of Mr. Hodge in the above-referenced matter. As ordered at the status conference held on May 13, 2024, the motions schedule in this case is currently set as follows: defendants' motions due by July 12, 2024, government response due by July 26, 2024, and defendants' reply due by August 2, 2024.

In light of additional discovery produced to the defense on June 27, 2024, and further anticipated productions within the next couple weeks, I respectfully request that the Court adjourn the motions schedule for two weeks, with defendants' motions due by August 12, 2024, government response due by August 26, 2024, and defendants' reply due by September 2, 2024. The reason for this request is to allow the defense more time to receive, review, and consider the recent and forthcoming discovery materials as part of any submission(s) to the Court.

Counsel for Mr. Briggs, Kristoff Williams, Esq., and the government, through AUSAs Rebecca Delfiner and William Kinder, each informed me they consent to this request. Additionally, the parties' consent to the exclusion of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Thank you for the Court's consideration.

Application GRANTED. The defense pretrial motions deadlines are EXTENDED as followed: Defendant's motion(s), if any, shall be by August 12, 2024, Government's responses shall be filed by August 26, 2024. Defendant's reply shall be filed by September 2, 2024. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 27.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Derrick Hodge*

Dated: July 10, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

cc:    Counsel of record
       *via* ECF

---

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com