UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -against-<br><br>ISAAC BRIGGS III,<br>                          Defendant. | 23-CR-644-1 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing as to Isaac Briggs III, previously scheduled for April 28, 2025, at 11:00 a.m., is ADJOURNED *sine die*.

    Defendant Isaac Briggs III moved to vacate his guilty plea. *See* ECF No. 51. The Government's response to that motion is due by April 25, 2025, and Defendant's reply by May 2, 2025.

Dated: April 9, 2025
         New York, New York

                                                  SO ORDERED.

                                                  *Jessica Clarke*
                                                  JESSICA G. L. CLARKE
                                                  United States District Judge