UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

ISAAC BRIGGS, III

        Defendant.

23-CR-644-1 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 5, 2025, the Court received the Government's Response to Defendant's Request to Modify the Protective Order along with Defendant's Reply. *See* ECF Nos. 59 and 60. The Government has requested a *Curcio* hearing to address a potential conflict of interest. The Court GRANTS this application. It is hereby ORDERED the parties appear for a *Curcio* hearing on **May 21, 2025 at 2:30 p.m.** in Courtroom 11B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

By **May 14, 2025**, the Government shall set forth in the letter its position on: (1) how this potential conflict is waivable; (2) whether the Curcio hearing can be held on one day or should be divided into two proceedings so that Mr. Briggs can consider whether to waive any potential conflict before reconvening; and (3) whether the Court should appoint independent counsel to advise Mr. Briggs with respect to this matter. The Government also shall attach to its letter a "Curcio script" with a proposed allocution for the Court to use at a proceeding.

If appropriate, after the *Curcio* hearing, counsel should be prepared to discuss Defendant's Request to Modify the Protective Order and Motion to Vacate the Guilty Plea.

Dated: May 6, 2025
       New York, New York                             SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge