UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ISAAC BRIGGS III,

Defendant.

23-CR-644-01 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has ordered that Defendant Isaac Briggs III, his counsel, and the Government appear for a *Curcio* Hearing on **May 20, 2025 at 11:00 a.m.** *See* ECF No. 61.

It is further ORDERED that Mr. Glen G. McGorty, CJA counsel on duty today, is appointed for the limited purpose of discussing any potential conflicts with Mr. Briggs III. Mr. McGorty is directed to contact and speak with Mr. Briggs III in advance of this hearing. In the event that Mr. McGorty is unavailable to appear for the scheduled *Curcio* Hearing, Mr. Kelly Currie, who is also CJA counsel on duty today, is thereby appointed and will follow the previous instructions. A copy of this Order will be emailed to Mr. McGorty and Mr. Currie.

Dated: May 12, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge