UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ISAACS BRIGGS, III<br>       Defendant. | 23-CR-644-1 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  IT IS HEREBY ORDERED that the *Curcio* Hearing in this matter, previously scheduled for May 20, 2025 at 11:00 a.m., is ADJOURNED to **June 26, 2025 at 2:30 p.m.** in Courtroom 11B, 500 Pearl Street, New York, New York, 10007.

Dated: May 19, 2025
    New York, New York

                 SO ORDERED.

                 *Jessica Clarke*

                 JESSICA G. L. CLARKE
                 United States District Judge