UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ISAACS BRIGGS, III

Defendant.

23-CR-644-1 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

     IT IS HEREBY ORDERED that the *Curcio* Hearing in this matter, previously scheduled

for July 8, 2025 at 11:00 a.m., is ADJOURNED to **July 8, 2025 at 10:00 a.m.** in Courtroom

11B, 500 Pearl Street, New York, New York, 10007.

Dated: July 7, 2025
     New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge