

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

September 3, 2025

Hon. Jessica G.L. Clarke
U.S. District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Application GRANTED.**

**SO ORDERED.**

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 4, 2025
New York, New York

Re:   **United States v. Isaac Briggs III, 23-cr-00644-JGLC**
      Request for a 90-day extension of time to file joint letter

Dear Judge Clarke:

I represent Mr. Isaac Briggs III on the above-captioned matter. I am writing to respectfully request a 90-day extension of time to submit a joint letter pursuant to the Court's July 28, 2025 Opinion and Order (ECF No. 84) regarding the motion to withdraw the plea and the motions to modify the protective order. The Government does not object to this request.

On July 8, 2025, Your Honor appointed me to represent Mr. Briggs pursuant to the Criminal Justice Act. On or about July 28, 2025, I received the discovery on Mr. Briggs' case from the U.S. Attorney's Office. Since receiving the discovery on the matter, I have dedicated approximately 60 hours to reviewing the materials and discussing them with Mr. Briggs. Unfortunately, despite my best efforts, the review of these voluminous materials is not complete. I still need to review the data from electronic devices and the financial records.

I am, therefore, respectfully seeking a 90-day extension to complete my review of the discovery, counsel Mr. Briggs and provide a meaningful update to the Court in compliance with ECF No. 84. While I will endeavor to complete my review sooner than December 4, 2025, I will be engaged in two jury trials for a total of six weeks in Fall 2025, which will severely impair my ability to proceed with the discovery review at current speed.

I have conferred with the Assistant U.S. Attorney William Kinder, who has no objection to this request in light of my trial schedule. Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.