UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -against-<br><br>ISAAC BRIGGS III,<br>                Defendant. | 23-CR-644-1 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On July 28, 2025, the Court issued an order disqualifying Elaine Platt as counsel for Mr. Briggs, who is currently represented by CJA counsel Elena Fast. ECF No. 84. More than 50 days later, on September 18, 2025, Ms. Platt moved to reconsider this Order. The Government need not respond to this application.

Under Local Criminal Rule 49.1, motions for reconsideration must be filed within 14 days of the Court's Order. Ms. Platt's application is untimely, and can be denied on this basis alone. *See United States v. Krasniqi*, No. 1:10-CR-464-GHW, 2022 WL 16925215, at *1 (S.D.N.Y. Nov. 13, 2022) (collecting cases). Furthermore, she has failed to demonstrate that the late filing was based on excusable neglect—instead, it was a strategic decision. According to Ms. Platt, there are factual inaccuracies in the Court's Order. Even assuming this is true (which the Court expressly rejects), Ms. Platt did not file the motion within 14 days when she was fully aware of the Order and its contents. Instead, she waited to file this motion until after she was unhappy with the decisions of Mr. Briggs's counsel in this case and how her decisions impact Mr. Briggs's civil case (for which Ms. Platt has a financial interest). That certainly does not constitute excusable neglect. The application is DENIED, and the Clerk's Office is respectfully directed to terminate ECF No. 90.

Dated: September 19, 2025　　　　　　　　　　　SO ORDERED.
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_Jessica Clarke_
　　　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge