**FAST LAW**

  MEMO ENDORSED

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

December 3, 2025

Hon. Jessica G.L. Clarke
U.S. District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Application GRANTED.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 4, 2025
New York, New York

> **Re:** **United States v. Isaac Briggs III, 23-cr-00644-JGLC**
> Request for a 60-day extension of time to file joint letter

Dear Judge Clarke:

I, along with associate counsel Caitlyn Collins, Esq. represent Mr. Isaac Briggs III on the above-captioned matter. I am writing to respectfully request a 60-day extension of time to submit a joint letter pursuant to the Court's September 4, 2025 Order (ECF No. 88) regarding the motion to withdraw the plea and the motions to modify the protective order. The Government does not object to this request.

Ms. Collins and I have been diligently reviewing the discovery on Mr. Briggs' case. On October 22, 2025, we alerted the Government to our inability to access some of the materials provided. This evening, the Government informed us that they have working copies of these materials and will be getting them to us shortly. Based on conversations with AUSA Kinder, I understand that these materials are 35 MBs in size, which is approximately 16,000 pages.

I am, therefore, respectfully seeking a 60-day extension to complete our review of the discovery, counsel Mr. Briggs and provide a meaningful update to the Court in compliance with ECF No. 88.

I have conferred with the Assistant U.S. Attorney William Kinder, who has no objection to this request. Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.

cc:     *All counsel of record via ECF*