AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

United States of America
Plaintiff (s),
V.
Isaac Briggs, III,
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 23 Cr. 644 (JGLC)

Notice is hereby given that, subject to approval by the court, Isaac Briggs, III, substitutes
(Party (s) Name)

Alexander E. Eisemann, State Bar No. 1915875 as counsel of record in
(Name of New Attorney)

place of Elena Fast and Caitlyn Collins.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Alexander E. Eisemann
Address: 20 Vesey Street, Suite 400, New York, New York 10007
Telephone: (917) 589-4500 Facsimile (914) 533-2535
E-Mail (Optional): aee @e islaw.com

I consent to the above substitution.
Date: 6|25|2026

[redacted]
(Signature of Party (s))

I consent to being substituted.
Date: 6-26-2026

s/ Elena Fast
s/ Caitlyn Collins
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/25/26

[redacted]
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 8, 2026

Jessica Clarke
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Application GRANTED. Elena Fast, Esq. is permitted to withdraw as attorney of record for Isaac Briggs. Ms. Fast is also excused from the September 24, 2026 conference in this case. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 116. SO ORDERED.