UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ISAAC BRIGGS III,

Defendant.

23-CR-644-01 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that the status conference, previously scheduled for September 24, 2026, at 11:00 a.m., is ADJOURNED *sine die*.

The Government is directed to respond to the Amended Reply Memorandum of Law in Support of the Motion to Vacate the January 10, 2025 Plea at ECF No. 118, by **September 25, 2026**.

Dated: September 21, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge